■ LISA M. FRANKENBERGER, Respondent, v LYNNE M. OTWELL, Appellant. [6 NYS3d 520]—Appeal from an order of the Supreme Court, Erie County (Henry J. Nowak, Jr., J.), entered August 4, 2014. The order, insofar as appealed from, denied in part the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Lindley, Valentino and Whalen, JJ.